# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kevin A. Avery and Denise M. Avery, a/k/a Denise W. Murdock, as assignees of the Estate of Andrzej Furmanski, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Lahr Agency, LLC, n/k/a REL Agency, LLC, | ) ) ) | Case No. 1:17-cv-265 |
| Defendants. | ) | |

On May 7, 2019, plaintiffs' filed a Motion for Continuance of Trial Date. On May 8, 2019, the the court held a telephonic status conference with the parties Pursuant to its discussion with the parties, the Court **GRANTS** plaintiffs' motion (Doc. No. 40) and **ORDERS**:

1. The final pretrial conference set for May 20, 2019, shall be rescheduled for August 27, 2019, at 2:00 p.m. by telephone. The court shall initiate the conference call.

2. The jury trial set for June 3, 2019, shall be rescheduled for September 9, 2019, at 9:00 a.m. in Bismarck (Eagle Courtroom) before the undersigned. A five (5) trial is anticipated.

Dated this 8th day of May, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court