# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Kevin A. Avery and Denise M. Avery, a/k/a Denise W. Murdock, as assignees of the Estate of Andrzej Furmanski, | ) ) ) ) | **ORDER** |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Lahr Agency, LLC, n/k/a REL Agency, LLC, | ) ) ) ) | Case No. 1:17-cv-265 |
| Defendant. | ) | |

On May 30, 2019, the parties filed a stipulation in which they agreed to withdraw their respective motions in limine and establish a briefing schedule for plaintiffs' pending Motion to Determine Measure of Damages.

The court **ADOPTS** the parties' stipulation (Doc. No. 49). The parties respective motions in limine (Doc. Nos. 32 and 34) are administratively termed. Defendant's response to the Motion to Determine Measure of Damages is due by May 31, 2019. Plaintiffs' reply is due by June 25, 2019. Absent further order from the court, the parties shall have until August 9, 2019, to file motions in limine.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court