# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kevin A. Avery and Denise M. Avery, a/k/a Denise W. Murdock, as assignees of the Estate of Andrzej Furmanski, Deceased, | **ORDER** |
| Plaintiffs, | Civil No. 1:17-cv-265 |
| vs. | |
| Lahr Agency, LLC, n/k/a REL Agency, LLC, | |
| Defendant. | |

The court held a status conference with the parties by telephone on August 20, 2019. Pursuant to its discussion with the parties, the court **ORDERS**:

1. Plaintiffs shall have until August 22, 2019, to file a brief supplementing its motion for reconsideration and otherwise providing the court with authority supporting the proposition that defendant in this action is bound by the judgment entered against the Furmanski Estate in <u>Avery v. Ward</u>, No. 1:16-cv-055 (D.N.D.).

2. The final pretrial conference scheduled for August 27, 2019, shall be rescheduled for September 4, 2019, at 11:00 a.m. by telephone. The court shall initiate the conference call.

3. A hearing on the plaintiffs' motions to continue trial, to designate this case for interlocutory appeal, and for reconsideration shall be scheduled for August 27, 2019, at 2:00 p.m. by telephone. The court shall initiate the conference call.

4. Defendant shall have until August 28, 2019, to file a response to plaintiffs' pending motion in limine.

1

Dated this 20th day of August, 2019.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court