# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kevin A. Avery and Denise M. Avery, a/k/a Denise W. Murdock, as assignees of the Estate of Andrzej Furmanski, Deceased, | ) ) ) ) **ORDER** |
| Plaintiff, | ) |
| vs. | ) |
| Lahr Agency, LLC, n/k/a REL Agency, LLC, | ) Case No. 1:17-cv-265 |
| Defendant. | ) |

On August 27, 2019, the parties advised the court this case had settled. Accordingly, the final pretrial conference scheduled for September 4, 2019, and the jury trial scheduled for September 9, 2019, are canceled. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents on or before September 30, 2019. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2019.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court