# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kevin A. Avery and Denise M. Avery, a/k/a Denise W. Murdock, as assignees of the Estate of Andrzej Furmanski, Deceased, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Lahr Agency, LLC, n/k/a REL Agency, LLC, | ) ) ) | Case No. 1:17-cv-265 |
| Defendant. | ) | |

On September 30, 2019, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the parties' stipulation (Doc. No. 90) and **DISMISSES** the above-entitled action with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2019.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court